Submitted on record and briefs December 13, 2004, affirmed February 2, 2005

In the Matter of the Compensation of
Lourdes A. Cruz, Claimant.

Lourdes A. CRUZ,
*Petitioner,*

*v.*

SAIF CORPORATION
and Smith Frozen Foods, Inc.,
*Respondents.*

03-0269M; A122748

105 P3d 927

Aukjen T. Ingraham filed the brief for petitioner.

Alice M. Bartelt filed the brief for respondents.

Before Landau, Presiding Judge, and Armstrong, Judge, and Deits, Judge pro tempore.

PER CURIAM

Affirmed. *Goddard v. Liberty Northwest Ins. Co.*, 193 Or App 238, 89 P3d 1215 (2004).